UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES C. DANIELS,

       Plaintiff,

   v.

ALAMEDA COUNTY SHERIFF'S DEPT.; et al.,

       Defendants.
                                    /

No. C 05-2545 SI (pr)

**ORDER**

     This action was dismissed and judgment entered in October 2005 because plaintiff failed to pay the filing fee or file an in forma pauperis application. About a year later, plaintiff indicated a renewed interest and filed several documents in this closed action, including a second complaint and an in forma pauperis application. It is too late for plaintiff to file anything in this closed action. The second complaint and the in forma pauperis application -- filed thirteen months after the action was dismissed -- are rejected as untimely. Plaintiff may file a new action, but he may not file any more documents in this closed action. If plaintiff wants to file a new action, he should file a new complaint and in forma pauperis application or fee -- and should omit the case number from this action from his filings so that they are not misdirected into the closed file.

     IT IS SO ORDERED.

Dated: January 8, 2007

_____
SUSAN ILLSTON
United States District Judge